IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PLANTERS COTTON OIL MILL, INC.**                                          **PLAINTIFF**

**V.**                            **5:08-CV-00180-WRW**

**ENGLISH BOILER & TUBE INC and**
**JOHN ENGLISH**                                                         **DEFENDANTS**

**ORDER**

Defendant John English's Motion to Dismiss (Doc. No. 22) is DENIED for the same reasons that were discussed in the August 22, 2008 Order.[1]

IT IS SO ORDERED this 11th day of September, 2008.

                                                                   /s/ Wm. R. Wilson, Jr._____
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 19.