UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Pine Bluff Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 22 2009
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

PLANTERS COTTON OIL MILL, INC.,          )
                                         )
    Plaintiff/Counterclaim-Defendant,    )
                                         )
v.                                       )     Case No. 5:08cv0180
                                         )
ENGLISH BOILER & TUBE, INC. et. al.,     )
                                         )
    Defendant/Counterclaimant.           )

## JOINT DISMISSAL ORDER

This day came the plaintiff/counterclaim-defendant, Planters Cotton Oil Mill, Inc. ("Planters"), and the defendant/counterclaimant, English Boiler & Tube, Inc. ("English Boiler"), by counsel, and represented to the Court that all matters of controversy between them have been resolved and jointly move the Court for an Order dismissing all claims among the parties, in the above-styled civil action, with prejudice.

Having considered the matter, and there being no objection, it is hereby **ADJUDGED**, **ORDERED**, and **DECREED** that all claims filed by the parties, in the above-styled matter are dismissed, with prejudice.

**IT IS SO ORDERED**

_____
United States District Court Judge

APPROVED AND AGREED TO:

_____
G. Spence Fricke (Ark. Bar No. 79068)
S. Brent Wakefield (Ark. Bar No. BIN 99144)
Barber, McCaskill, Jones & Hale, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201
Tel.: 501.372.6175
Fax.: 501.375.2802
E-mail: gsfricke@barberlawfirm.com
E-mail: brent.wakefield@barberlawfirm.com
   *Counsel for Planters Cotton Oil Mill, Inc.*

_____
Wm. Dean Overstreet (Ark. Bar No. 79228)
Monte D. Estes (Ark. Bar No. 89150)
Dover Dixon Horne, PLLC
425 West Capitol, Suite 3700
Little Rock, AR 72201
Tel.: 501.375.9151
Fax.: 501.375.6484
E-mail: doverstreet@ddh-ar.com
E-mail: mestes@ddh-ar.com
   *Counsel for English Boiler & Tube, Inc.*


Christopher M. Malone (VSB No. 18678) (*Pro hac vice*)
Neil S. Talegaonkar (VSB No. 44589) (*Pro hac vice*)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Tel.: 804.649.7545
Fax.: 804.780.1813
E-mail: cmalone@t-mlaw.com
E-mail: ntalegaonkar@t-mlaw.com
   *Counsel for English Boiler & Tube, Inc.*

2